**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7256

EUGENE LITTLE,

Petitioner - Appellant,

versus

NORTH CAROLINA ATTORNEY GENERAL; MACK JARVIS;
DEAN WALKER, Superintendent,

Respondents - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. James A. Beaty, Jr., District Judge. (CA-97-833-1)

Submitted: January 5, 1999          Decided: January 20, 1999

Before MURNAGHAN, ERVIN, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eugene Little, Appellant Pro Se. Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eugene Little appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Little v. NC Attorney General, No. CA-97-833-1 (M.D.N.C. July 27, 1998). We also deny Little's motion for appointment of appellant counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2